# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 380 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1679 EDA |
| | : | 2019 entered on March 22, 2021, |
| SAMIR SAUNDERS, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |
| | : | 0002212-2018 entered on April 26, |
| | : | 2019 |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 381 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1572 EDA |
| | : | 2019 entered on March 22, 2021, |
| TIMOTHY DESHAN DAVIS, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |
| | : | 0004661-2017 entered on May 3, |
| | : | 2019 |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 382 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1180 EDA |
| | : | 2019 entered on March 22, 2021, |
| VERNON GEORGE KLINE, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |

|  |  |
|---|---|
|  | : 0007906-2017 entered on July 30, |
|  | : 2018 |

COMMONWEALTH OF PENNSYLVANIA, : No. 383 MAL 2021
  :
Respondent :
  : Petition for Allowance of Appeal
  : from the **Unpublished**
v. : **Memorandum and Order** of the
  : Superior Court at No. 1184 EDA
  : 2019 entered on March 22, 2021,
KEITH THOMAS MORRIS, : **vacating and remanding** the Order
  : of the Bucks County Court of
Petitioner : Common Pleas at No. CP-09-CR-
  : 0005089-2017 entered on March 18,
  : 2019

COMMONWEALTH OF PENNSYLVANIA, : No. 384 MAL 2021
  :
Respondent :
  : Petition for Allowance of Appeal
  : from the **Unpublished**
v. : **Memorandum and Order** of the
  : Superior Court at No. 1218 EDA
  : 2019 entered on March 22, 2021,
CHRISTOPHER L. HENNEGHAN, : **vacating and remanding** the Order
  : of the Bucks County Court of
Petitioner : Common Pleas at No. CP-09-CR-
  : 0007376-2017 entered on March 18,
  : 2019

COMMONWEALTH OF PENNSYLVANIA, : No. 385 MAL 2021
  :
Respondent :
  : Petition for Allowance of Appeal
  : from the **Unpublished**
v. : **Memorandum and Order** of the
  : Superior Court at No. 1243 EDA
  : 2019 entered on March 22, 2021,
DARRIUS J. PRINCE, : **affirming, vacating and**
  : **remanding** the Judgment of
Petitioner : Sentence of the Bucks County Court
  : of Common Pleas at No. CP-09-CR-
  : 0000025-2018 entered on August 6,
  : 2018

# <u>ORDER</u>

**PER CURIAM**                                                    **DECIDED: August 9, 2024**

    **AND NOW**, this 9th day of August, 2024, the Petitions for Allowance of Appeal are **GRANTED**, the orders of the Superior Court are **VACATED**, and the cases are **REMANDED** to the Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).